IN THE SUPREME COURT
STATE OF NORTH DAKOTA

2025 ND 15

Georgia Windyboy,                          Petitioner and Appellant

v.

State of North Dakota,                     Respondent and Appellee

No. 20240204

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Pamela A. Nesvig, Judge.

AFFIRMED.

Per Curiam.

Tracy E. Reames, Fargo, ND, for petitioner and appellant; submitted on brief.

Julie A. Lawyer, State's Attorney, Bismarck, ND, for respondent and appellee; submitted on brief.

**Windyboy v. State**
No. 20240204

**Per Curiam.**

[¶1] Georgia Windyboy appeals from a district court judgment denying her application for postconviction relief. In her application, Windyboy argued she received ineffective assistance of counsel because her trial counsel failed to advise her that the court could sentence her beyond the parties' joint recommendation, making her plea not knowing and voluntary and warranting its withdrawal. After a hearing, the court denied Windyboy's application, concluding she failed to establish her claim of ineffective assistance of counsel.

[¶2] Findings of fact made in a postconviction relief proceeding are subject to the clearly erroneous standard of review. *Urrabazo v. State*, 2024 ND 67, ¶ 6, 5 N.W.3d 521. After a review of the record, we conclude the district court's findings of fact are not clearly erroneous and the court did not err in determining Windyboy failed to establish her ineffective assistance of counsel claim. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr